IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE COX,

    Petitioner,        No. CIV S-09-2135 LKK DAD P

   vs.

LARRY SMALL, Warden,

    Respondent.      ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 30, 2010, petitioner filed a motion to amend his opposition to respondent's July 19, 2010 motion to dismiss. In the interest of justice, the court will grant petitioner's request.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 30, 2010 motion to amend (Doc. No. 36) is granted; and

        2. Respondent's reply to petitioner's amended opposition, if any, shall be filed and served with fifteen days of the date of this order.

DATED: September 2, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
cox2135.am